# ZEICHNER ELLMAN & KRAUSE LLP

1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
TEL: (212) 223-0400

YOAV M. GRIVER
(212) 826-5338
ygriver@zeklaw.com
WWW.ZEKLAW.COM

April 12, 2022

> The application is **GRANTED**. The initial pretrial conference scheduled for April 20, 2022, is **adjourned** to **May 4, 2022, at 4:30 p.m.**, on the following conference line: 888-363-4749, access code: 558-3333. By **April 27, 2022**, the parties shall file a joint letter and proposed case management plan. The Clerk of Court is respectfully directed to close the motion at Docket No. 9.
>
> Dated: April 13, 2022
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

**BY ECF**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*Law and Forensics, LLC v. IV Solutions, Inc.*, **Case No. 1:22-cv-1230-LGS**
(Request to Reset Telephonic Conference Date)

Dear Judge Schofield:

  I and my firm represent plaintiff Law and Forensics, LLC ("LnF"). On March 3, 2022, this Court ordered that a telephonic conference be held on April 20, 2022, with a joint letter and proposed Case Management Plan filed by the parties on or before April 13, 2022. *See* ECF Docket No. 6.

  I have been informed that defendant IV Solutions, Inc.'s ("IVS") has not yet retained New York counsel, but that IVS hopes to do so by the end of the week. Until IVS retains counsel to represent itself in this action, the joint materials cannot be filed, and a case management conference will not advance matters as it should.

  IVS's deadline to move or answer the complaint is Monday, April 25, 2022. Given the foregoing, LnF respectfully suggests that the Court move the telephonic conference and related deadlines to new dates after April 25 convenient to the Court.

  I thank the Court for its attention to this matter.

Respectfully submitted,

Yoav M. Griver
Attorney for Plaintiff

cc: Marc Rohatiner
  California counsel to Defendant
  **by email: mrohatiner@wrslawyers.com**