UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
LAW AND FORENSICS, LLC, :
                      Plaintiff :
: 22 Civ. 1230 (LGS)
          -against- :
: <u>ORDER</u>
IV SOLUTIONS, INC., :
                     Defendant. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, Defendant's answer was due on April 25, 2022.

    WHEREAS, Defendant has not filed an answer or appeared in this action.

    WHEREAS, the parties filed a joint letter and proposed case management plan in advance of the initial pretrial conference scheduled for May 4, 2022.

    WHEREAS, Defendant stated in the joint letter that it may move to dismiss the complaint or to change venue.

    WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

    **ORDERED** that the May 4, 2022, initial pretrial conference is **cancelled**.  If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated.  The case management plan and scheduling order will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

    **ORDERED** that by **May 2, 2022**, Defendant shall file an answer or otherwise respond to the complaint by failing a pre-motion letter pursuant to the Court's Individual Rules.  It is further

    **ORDERED** that by **May 2, 2022**, counsel for Defendant shall file a notice of appearance

on the docket.  It is further

    **ORDERED** that by **April 29, 2022**, Plaintiff shall serve a copy of this order and the case management plan and scheduling order on Defendant, and file proof of service on the docket.  It is further

    **ORDERED**, regarding settlement discussions, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the Court's mediation program, they shall file a <u>joint</u> letter on ECF requesting a referral.

    The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: April 28, 2022
       New York, New York

                                            LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE