## Zeichner Ellman & Krause LLP

1211 AVENUE OF THE AMERICAS

NEW YORK, NEW YORK 10036

TEL: (212) 223-0400

YOAV M. GRIVER
(212) 826-5338
ygriver@zeklaw.com

May 31, 2022

WWW.ZEKLAW.COM

*The application for an extension is **GRANTED**. By **June 8, 2022**, Plaintiff shall file a response to Defendant's letter at Docket No. 19. The Clerk of Court is respectfully directed to close the motion at Docket No. 21.*

*Dated: June 1, 2022*
*New York, New York*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

**BY ECF**

The Honorable Loma G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*Law and Forensics, LLC v. IV Solutions, Inc.*, **Case No. 1:22-cv-1230-LGS**
**(Request for One Week Extension of Time to Respond)**

Dear Judge Schofield:

      I represent plaintiff Law and Forensics, LLC ("LnF") in the above-referenced action. I write to respectfully request a one-week extension of time to respond to Defendant IV Solutions, Inc.'s ("IVS") letter seeking permission to file a motion to dismiss the action for lack of jurisdiction or, in the alternative, transfer the action to the Central District of California (the "Letter Request").

      On May 25, 2022, the Court ordered LnF to respond to the Letter Request by June 1, 2022. *See* ECF Docket No. 20. If this extension request is granted, the response would be due on June 8, 2022. This is LnF's first request for an extension of time to respond. Counsel for IVS has kindly consented to this extension request.

      We thank the Court for its continued attention to this matter.

Respectfully submitted,

*/s/ Yoav M. Griver*

Yoav M. Griver
Attorney for plaintiff LnF

cc: Michael J. Schwab
    Attorney for defendant IVS
    (by ECF)